224

### 23701.  FLOYD *v*. THE STATE.

BROYLES, C. J.  The evidence tending to connect the accused with the offense charged (cow stealing) was wholly circumstantial and was not sufficient to exclude every reasonable hypothesis save that of his guilt.  It follows that the verdict of guilty was unauthorized, and that the court erred in refusing to grant a new trial.

*Judgment reversed.  Guerry, J., concurs.  MacIntyre, J., dissents.*
DECIDED JANUARY 10, 1934.

*H. B. Strange,* for plaintiff in error.
*W. G. Neville, solicitor-general,* contra.

### 23716.  JORDAN *v*. THE STATE.

BROYLES, C. J.  The evidence amply authorized the verdict, and the special ground of the motion for a new trial shows no cause for another hearing of the case.  *Judgment affirmed.  MacIntyre and Guerry, JJ., concur.*
DECIDED JANUARY 10, 1934.

*A. J. Hall, Claude Brackett,* for plaintiff in error.
*D. P. Phillips, solicitor,* contra.